ACCEPTED
12-14-00151-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/12/2015 3:46:44 PM
CATHY LUSK
CLERK

# ALBERT J. CHARANZA, JR.

## CHARANZA LAW OFFICE, P.C.

412 SOUTH FIRST STREET
POST OFFICE BOX 1825
LUFKIN, TEXAS 75902
PHONE: (936) 634-8568     FAX: (936) 634-0306
alcharanza@consolidated.net
BOARD CERTIFIED-CRIMINAL LAW AND CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

2/12/2015 3:46:44 PM

CATHY S. LUSK
Clerk

February 12, 2015

Cathy S. Lusk, Clerk                                      Via E-file
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

Re:    Cause No.12-14-00151-CR
       Trial Court No. CR-29271

Dear Ms. Lusk:

Pursuant to Rule 48.4, Texas Rules of Appellant Procedure, I have notified Justin Durham of his right to file a pro-se petition for discretionary review under Rule 68. I am attaching a copy of the U.S. Postal Service certified mail receipt and a copy of the green card which acknowledges that someone signed on behalf of Justin Durham and accepted delivery of the letter.

Please file this letter in the records of the appeal.

Sincerely,

Albert J. Charanza, Jr.

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _A. J. Haney_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

FEB 06 2015

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Justin Leslie Durham
TDCJ # 01652586
Luchner Unit
2350 Atascocita Rd.
Humble, Texas 77396

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7012 2210 0001 8762 2524

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540